IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION



UNITED STATES OF AMERICA

vs                                                          CR NO. 1:04-10061-06-T

TINA PEARSON

### ORDER ON CHANGE OF PLEA

This cause came on to be heard on June 6, 2005, Assistant U. S. Attorney, Victor Lee Ivy, appearing for the government, and the defendant appeared in person and with counsel, Lloyd R. Tatum, who was appointed.

With leave of the Court, the defendant withdrew the Not Guilty Plea heretofore entered and entered a plea of GUILTY as charged in Count 1 of the Indictment.

This case has been set for sentencing on **Friday, September 2, 2005, at 8:45 A.M.**

The defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 7 June 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6/8/05

169

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 169 in case 1:04-CR-10061 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

Lloyd R. Tatum
TATUM AND TATUM
P.O. Box 293
Henderson, TN 38340

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT